**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tres Peliculas, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1669465** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **320 W. Las Colinas Blvd., Blgd. 2** <br> **Irving, TX 75039** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dallas** <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.drafthouse.com/dfw** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Tres Peliculas, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

        5121

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **Tres Peliculas, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property?   **320 W. Las Colinas Blvd., Bldg. 2**
**Irving, TX, 75039-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☒ Yes.  Insurance agency   **Hempkins Insurance Agency**

Contact name

Phone   **903-463-6251**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Tres Peliculas, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0 - $50,000        ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

☐ $50,001 - $100,000        ■ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   **Tres Peliculas, LLC**                                                              Case number (*if known*)
_____   _____
          Name

███    **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 31, 2024**
              _____
              MM / DD / YYYY

X  **/s/ William C. DiGaetano**                                    **William C. DiGaetano**
   _____                        _____
   Signature of authorized representative of debtor                Printed name

Title   **Chief Executive Officer**
        _____

**18. Signature of attorney**    X  **/s/ Katherine M. Devanney**                    Date   **May 31, 2024**
                                    _____                        _____
                                    Signature of attorney for debtor                        MM / DD / YYYY

                                 **Katherine M. Devanney**
                                 _____
                                 Printed name

                                 **Polsinelli PC**
                                 _____
                                 Firm name

                                 **222 Delaware Avenue**
                                 **Suite 1101**
                                 **Wilmington, DE 19801**
                                 _____
                                 Number, Street, City, State & ZIP Code

                                 Contact phone   **302-252-0920**        Email address   **kdevanney@polsinelli.com**
                                                 _____                        _____

                                 **24116281 TX**
                                 _____
                                 Bar number and State

Debtor   **Tres Peliculas, LLC**
     Name

Case number (*if known*)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number (*if known*) _____  Chapter  **7**

☐ Check if this an
amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Cinco Peliculas, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |
| Debtor | **Dos Peliculas, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |
| Debtor | **Iced Tea with Lemon, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |
| Debtor | **Seis Peliculas, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |
| Debtor | **Two is One, One is None** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |
| Debtor | **Woodbury Alamo, LLC** | | | Relationship to you | **affiliate** |
| District | **Northern District of Texas** | When | **6/6/24** | Case number, if known | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

In re    **Tres Peliculas, LLC** _____    Case No. _____
                                    Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____**14,285.71**

    Prior to the filing of this statement I have received _____    $ _____**14,285.71**

    Balance Due _____    $ _____**0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor      ☑ Other (specify):    **Debtor Iced Tea with Lemon, LLC paid $100,000.00 for the filing of the chapter 7
                                         cases of all affiliates. The source was a loan to all debtors from principal
                                         William D. DiGaetano for filing of all debtors chapter 7 cases. Prior to being
                                         engaged to file Chapter 7, Polsinelli represented the entities in regard to
                                         potential workouts with franchisor and landlords over the preceding year and
                                         was paid $74,107.00 in total on behalf of all entities.**

3.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 31, 2024** _____        **/s/ Katherine M. Devanney** _____
*Date*                                             **Katherine M. Devanney**
                                                   *Signature of Attorney*
                                                   **Polsinelli PC**
                                                   **222 Delaware Avenue**
                                                   **Suite 1101**
                                                   **Wilmington, DE 19801**
                                                   **302-252-0920  Fax: 302-252-0921**
                                                   **kdevanney@polsinelli.com**
                                                   *Name of law firm*

# United States Bankruptcy Court
## Northern District of Texas

In re   **Tres Peliculas, LLC** _____     Case No. _____

_____ Debtor(s)     Chapter   **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tres Peliculas, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 31, 2024** _____     **/s/ Katherine M. Devanney** _____
Date                                       **Katherine M. Devanney**
                                           Signature of Attorney or Litigant
                                           Counsel for   **Tres Peliculas, LLC** _____
                                           **Polsinelli PC**
                                           **222 Delaware Avenue**
                                           **Suite 1101**
                                           **Wilmington, DE 19801**
                                           **302-252-0920 Fax:302-252-0921**
                                           **kdevanney@polsinelli.com**

## RESOLUTION OF THE MANAGERS OF TRES PELÍCULAS LLC

May 30, 2024

The undersigned Managers (the "Managers") of Tres Películas, LLC, a Texas limited liability corporation (the "Corporation"), do hereby unanimously consent to and adopt the following resolutions pursuant to the Company Agreement (the "Operating Agreement"), which resolutions were unanimously adopted by the Members and Mangers without a meeting on May 30, 2024 and do hereby direct that these duly authorized resolutions be filed with the company records of the proceedings of the Corporation;

**WHEREAS**, based on (i) certain financial difficulties being suffered by the Corporation, and (ii) effects of the previous actors and writers strikes; the Members and Managers have deemed it to be in the best interests of the Corporation to adopt the following resolutions:

**NOW THEREFORE, BE IT RESOLVED**, that in the judgment of the Managers, it is desirable and in the best interests of the Corporation and all stakeholders (including creditors, employees, and other interested parties) for the Corporation to file for Chapter 7 bankruptcy protection, and the CEO, President, Vice President and Officers, on behalf of the Corporation, are hereby authorized and directed on behalf of, and in the name of the Corporation, to take all actions necessary and consistent with the foregoing; and it is further

**RESOLVED**, that each of the CEO, President, Vice President or Officers, on behalf of the Corporation, are hereby authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents including without limitation, the filing and signing of all petitions, schedules, lists, statements, applications, pleadings, and other papers and to pay all such expenses where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that any and all actions heretofore taken by the CEO, President, Vice President or Officers, on behalf of the Corporation, or any person or persons designated or instructed by the CEO, President, Vice President or Officers, in connection with any transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified, confirmed and adopted in all respects, and any and all actions hereafter to be taken by the CEO, President, Vice President or Officers, on behalf of the Corporation, or any person or persons designated or instructed by the CEO,

President, Vice President or Officers, in furtherance of the objectives of the foregoing resolutions are hereby authorized, approved and ratified in all respects; and it is further

**RESOLVED**, that any Officer of the Corporation, on behalf of the Corporation, is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary and desirable in the opinion of such Officer, a true copy of the foregoing resolutions.

**IN WITNESS WHEREOF**, the undersigned has executed this Resolution of the Members and Managers of the Corporation as of May 30, 2024.

MEMBERS AND MANAGERS OF THE CORPORATION:

_____

William C. DiGaetano

_____

William D. DiGaetano

95241598.1

President, Vice President or Officers, in furtherance of the objectives of the foregoing resolutions are hereby authorized, approved and ratified in all respects; and it is further

**RESOLVED**, that any Officer of the Corporation, on behalf of the Corporation, is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary and desirable in the opinion of such Officer, a true copy of the foregoing resolutions.

**IN WITNESS WHEREOF**, the undersigned has executed this Resolution of the Members and Managers of the Corporation as of May 30, 2024.

MEMBERS AND MANAGERS OF THE CORPORATION:

_____
William C. DiGaetano

_____
William D. DiGaetano

2

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:  Tres Peliculas, LLC

§
§
§        Case No.:
§
§
Debtor(s)        §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

■ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

---
6/4/2024
Date

---
Signature of Debtor

---
Signature of Joint Debtor (if applicable)

---
Signature of Attorney (if applicable)

---
47-1669465
Debtor's Social Security *(last four digits only)* /Tax ID No.

---
Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

Alamo Drafthouse Cinemas, LLC
3908 Avenue B
Austin, TX 78751


Atmos Energy
PO Box 790311
St. Louis, MO 63179-0311


Bill.com
6220 America Center Dr., Ste 100
San Jose, CA 95002


Central Insurance Companies
PO Box 828
Van Wert, OH 45891-0828


Fintech
3109 W MLK Jr Blvd Ste 200
Tampa, FL 33607


Ironedge Group LTD
3000 Wilcrest Drive Ste. 300
Houston, TX 77042


NRG Business
PO Box 660749
Dallas, TX 75266-0749


Nuco2
PO Box 9011
Stuart, FL 34995


Spectrum - Coax
PO Box 60074
City of Industry, CA 9176-0074


Spectrum – Fiber
PO Box 60074
City of Industry, CA 91716-0074

SVS Network
101 Bullitt Lane
Louisville, KY 40222


TXU Energy
PO Box 650638
Dallas, TX 75265-0638


Worldpay / FISGlobal
8500 Governors Hill Dr.
Symmes Township, OH 45249


Amazon.com
410 Terry Ave N
Seattle, WA 98109


Lawton Commercial Services
PO Box 1179
McKinney, TX 75070


Mood Pandora
2100 S IH 35 Frontage Rd, Suite 201
Austin, TX 78704


Presto-X / Rentokil
PO Box 13848
Reading, PA 19612-3848


Tech Service Today
1903 S Congress Ave, Ste. 305
Boynton Beach, FL 33426


Ushio America, Inc
5440 Cerritos Dr.
Cypress, CA 90630


Andrews Distributing
2730 Irving Boulevard
Dallas, TX 75207

Ben E. Keith Beverages
7001 Will Rogers Boulevard
Fort Worth, TX 76140


Favorite Brands
3900 North McColl Road
McAllen, TX 75801


Flood Distribution LLC
4221 Freidrich Lane, Ste. 120
Austin, TX 78744


Fullclip Craft Distributors
3148 Quebec St.
Dallas, TX 75247


Green Light Distribution
555 Airline Dr. No. 100
Coppell, TX 75019


Oak Cliff Brewing Co.
1300 S Polk St., No. 222
Dallas, TX 75224


Oak Highlands Brewery
10484 Brockwood Road
Dallas, TX 75238


Peticolas Brewing Company
1301 Pace St.
Dallas, TX 75207


Republic National Distributing Company
1010 Isuzu Pkwy
Grand Prairie, TX 75050


Rollertown Beerworks
412 North Oklahoma Dr. Ste. 106
Celina, TX 75009

Southern Glazer's
14875 Landmark Blvd. Ste. 100
Dallas, TX 75254


Spec's Family Partners
2410 Smith Street
Houston, TX 77006


Twisted Alchemy
PO Box 734705
Chicago, IL 60673


A24 LLC
31 W 27th St. 11th Floor
New York, NY 10001


Abramaorama LLC
450 Manville Road
Pleasantville, NY 10570


AGFA
3908 Avenue B
Austin, TX 78751


Angel Studios
295 W. Center Street
Provo, UT 84601


Bleecker Street Media LLC
116 East 27th Street, Fifth Floor
New York, NY 10016


Briarcliff Entertainment LLC
425 11th Street
Santa Monica, CA 90402


Cinelife
11601 Wilshire Blvd, Ste. 210
Los Angeles, CA 90025

Crunchyroll, LLC.
3501 Olympus Blvd. Suite 400
Coppell, TX 75019


Disney
500 S. Buena Vista Street
Burbank, CA 91521


Emick Media LLC
5313 Quakertown Ave.
Woodland Hills, CA 91364


FilmRise
220 36th Street, 4th Floor, Unit No. 78
Brooklyn, NY 11232


Giant Pictures LLC
133 W 19th St., 5th FL
New York, NY 10011


GKIDS, Inc
20 River Terrace Suite 21A
New York, NY 10282


IFC FIlms LLC
11 Penn Plaza
New York, NY 10001


It Came From Richmond, LLC
407 Pinewood Dr.
Conroe, TX 77385


Janus Films Company
250 East Hartsdale Ave., Ste. 42
Hartsdale, NY 10530


Kino Lorber, Inc.
333 W. 39th St. Suite 503
New York, NY 10018

Lionsgate Films Inc.
PO Box 29159
New York, NY 10087-9159


MGM-Metro-Goldwyn-Mayer Studios, Inc.
245 N. Beverly Drive, 4th Floor
Beverly Hills, CA 90210


Mirror Releasing LLC
812 N Robertson Blvd.
West Hollywood, CA 90069


MUBI, Inc.
1209 Orange Street
Wilmington, DE 19801


Music Box Theatre
173 N. Morgan Street
Chicago, IL 60607


Neon Films
P.O. Box 647004
Dallas, TX 75264-7004


Netflix Studios, LLC
100 Winchester Circle
Los Gatos, CA 95032


Oscilloscope Pictures
140 Havemeyer Street
Brooklyn, NY 11211


Outsider Pictures II LLC
1127 9th Street No. 104
Santa Monica, CA 90403


Paramount Pictures Corporation
5555 Melrose Avenue
Los Angeles, CA 90038

Park Circus
2060-D E. Avenida De Los Arboles
Suite 369
Thousand Oaks, CA 91362


Prathyangira Cinemas LLC
624 Howard Avenue No. 117
Montebello, CA 90640


Rainbow Releasing
844 25th Street
Santa Monica, CA 90403


Rialto Pictures LLC
45 East 72nd Street16A
New York, NY 10021


Sentai Filmworks LLC
10114 W Sam Houston Pkwy S
Houston, TX 77099


Shorts International Ltd.
2801 Ocean Park Blvd. No. 343
Santa Monica, CA 90405


Sony Pictures Classic
PO Box 281819
[_____] GA 30384-1819


Sony Pictures Releasing
10202 West Washington Blvd.
Culver City, CA 90232


Strand Releasing
6140 W. Washington Blvd.
Culver City, CA 90232


Trafalgar Releasing Ltd.
222 Broadway 19th Fl
New York, NY 10038

Universal Pictures
P.O. Box 848270
Dallas, TX 75284-8270


Utopia Select LLC
8850 E. Cloudview Way
Anaheim, CA 92808

Variance Films, Inc.
188 Springfield Ave.
Rutherford, NJ 07070


Viva Entertainment, LLC.
71 Arizona Ave.
Old Bridge, NJ 08857-4318


Warner Bros.
P.O. Box 936193
Atlanta, GA 31193-6193


WC Redux LLC
612 West Ridgewood Road
Georgetown, TX 78633


Yash Raj Films USA Inc.
272 Dunns Mill Road No. 329
Bordentown, NJ 08505


A&A Active Backflow LLC
1611 N IH 35E, Suite 410
Carrollton, TX 75006


Action Lock Doc
1245 N. Plano Rd.
Richardson, TX 75081


Alsco
1340 East Berry St.
Fort Worth, TX 76119

BTH Bank
6657 Old Jacksonville Hwy
Tyler, TX 75703


Cannon Gentry
4621 Bucknell Drive
Garland, TX 75042


Cintas Corporation
PO Box 631025
Cincinnati, OH 45263-1025


City of Irving
825 W. Irving Blvd. Second Floor
Irving, TX 75060


Cold Tex Refrigeration LLC
3175 US Hwy 175
Kaufman, TX 75142


Convergint Technologies LLC
35257 Eagle Way
Chicago, IL 60678-1352


Coolwaters Productions LLC
4400 W. Riverside Dr. Suite 110-531
Burbank, CA 91505-4046


Cozzini Bros, Inc.
350 Howard Ave.
Des Plaines, IL 60018


CV Premier
P.O. Box 168022
Irving, TX 75016


Dallas County Utility and
Reclamation District
PO Box 140035
Irving, TX 75014

Dallas Mechanical Group LLC
11925 N. Stemmons Fwy. Ste 130
Dallas, TX 75234


Darling Promo
P.O. Box 27619
Austin, TX 78755


Daryl Mitchell
147-23 Edgewood Street
Rosedale, NY 11422

Deluxe Echostar LLC
2130 N. Hollywood Way
Burbank, CA 91505


Dennis Plumbing
PO Box 150536
Arlington, TX 76015


Digital Cinema Distrib. Coalition LLC
1840 Century Park East Suite 550
Los Angeles, CA 90067


Ecolab
PO Box 70343
Chicago, IL 60673


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Fedex
PO Box 660481
Dallas, TX 75266


Freshpoint
4721 Simonton Rd.
Dallas, TX 75244

GardaWorld
2000 Corporate Boulevard Northwest
Boca Raton, FL 33431


Gasket Guy of DFW LLC
2201 Midway Rd. Ste 324
Carrollton, TX 75006


GB Construction Group LLC
3114 SE Loop 820
Fort Worth, TX 76140


Geeks Who Drink, LLC
2400 Industrial Lane Suite 700
Broomfield, CO 80020


Hagar Restaurant Services LLC
6200 N.W. 2nd St.
Oklahoma City, OK 73127-6520


Hotschedules
PO Box 848472
Dallas, TX 75284


Irving ISD Tax Office
2621 W Airport FWY
Irving, TX 75015


Jessica Yancey
4306 Aston Lane
Mansfield, TX 76063


Jim's Climate Control
4128 Mildenhall Drive
Plano, TX 75093


John R. Ames, CTA
PO Box 139066
Dallas, TX 75313

Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320


Kaeser & Blair, Inc
3771 Solutions Center
Chicago, IL 60677


Kitchen Equipment Professionals
3175 US Hwy 175
Kaufman, TX 75142


Minuteman - 7010 Greenville
7010 Greenville Avenue
Dallas, TX 75231


Minuteman - 850 S Greenville
850 S. Greenville Ave., Ste 114
Richardson, TX 75081


Mission Restaurant Supply
PO Box 10310
San Antonio, TX 78210


Moving Image Technologies
17760 Newhope St. No. B
Fountain Valley, CA 92708


Music Factory Portfolio LP
250 Vesey Street, 15th Floor
New York, NY 10281


National Proserve
785 W. Wheatland Road Suite 206
Duncanville, TX 75116


NCR Local Austin
5508 Highway 290 West Suite 104
Austin, TX 78735

Paychex
225 Kenneth Drive Suite 100
Rochester, NY 14623


Pro Duct Cleaning
2639 Walnut Hill Lane, Suite 200
Dallas, TX 75229


Rivercity Sportwear LLC
1709 IH 35 South
San Marcos, TX 78666


Rodeo Suplex, Inc.
9255 Sunset Blvd. No. 300
Los Angeles, CA 90069


Sacred Bones
144 N. 7th Street
Brooklyn, NY 11249


Sean Patrick Flanery
12007 Bexhill Dr.
Houston, TX 77065


Smart Care Equipment Solutions
PO Box 74008980
Chicago, IL 60674


Snagajob
32978 Collections Center Dr.
Chicago, IL 60693


Sony Electronics Inc.
One Sony Drive
Park Ridge, NJ 07656-8003


Southwest Fire & Security, LLC.
400 Industrial Blvd. Ste. 204
Mansfield, TX 76063

Spices Southern Style
PO Box 20
Manor, TX 78653


Staples Inc.
PO Box 105748
Atlanta, GA 30348-5748


Strong Technical Services, Inc.
11422 Miracle Hills Drive
Omaha, NE 68154


Texas Comptroller of Public Accounts
PO Box 149354
Austin, TX 78714-9354


The Hansen Group
1770 Breckinridge Pkwy, Ste. 500
Duluth, GA 30096


Thyssenkrupp Elevator Corporation
PO Box 3796
Carol Stream, GA 60132-3796


Top Hat Provisions, LLC
1 South Park St Unit 205
San Francisco. CA 94107


Tripleseat Software LLC
50 Beharrell St. Suite B
West Concord, MA 01742


US Foods Inc.
4325 Intewood South Parkway East
Houston, TX 77032


Vortex Colorado, Inc.
20 Odyssey
Irvine, CA 92618

Whitley Penn
640 Taylor St Suite 2200
Fort Worth, TX 76102


Window Cleaner Pros
5800 Preston Oaks Road Suite 1087
Dallas, TX 75254


YESCO - Houston
12810 Murphy Rd.
Stafford, TX 77477


Yesco Dallas
2860 Exchange Blvd., Ste. 160
Southlake, TX 76092


Zerorez Inc.
1000 West Crosby Road Suite 124
Carrollton, TX 75006

Abbe, Taylor
1420 W Main St
Apt 1008
Lewisville, TX 75067


Abbe, Tristan
1420 W Main St
Apt 1008
Lewisville, TX 75067


Adame, Angel
1744 E Northgate Dr
Apt 2087
Irving, TX 75062


Arabie, Aleigha
712 S Story Rd
Apt 1088
Irving, TX 75060


Arabie, Allyson
712 S Story Rd

Apt 1088
Irving, TX 75060


Berry, Katherine
909 Polar Bear Drive
Irving, TX 75061


Boatman, Syris
7342 Parkridge Boulevard
Apt 471
Irving, TX 75063


Bone, Michael
201 Barrington Ln
Lewisville, TX 75067


Burton, Malachi
1239 Hartsdale Dr
Apt 1-221
Dallas, TX 75211


Camacho, Michael
4204 W Northgate Dr 205
Irving, TX 75062


Campos, Caitlyn
2701 N Grapevine Mills Blvd
Apt 412
Grapevine, TX 76051


Cayne, Casaleah
2791 Evergreen St
Irving, TX 75061


Chase, Jordan
3417 Glen Crest Dr
Denton, TX 76208


Coit, Dillon
7208 Monet Lane
Grand Prairie, TX 75054

Colombo, Preston
2501 Katina Dr
Flower Mound, TX 75028


Contreras, Rosalinda
1239 Hartsdale Dr
Apt 1-221
Dallas, TX 75211


Culotta, Steven
3549 West Bangor Court
Irving, TX 75062


Dawson, Kevin
1852 Sotogrande Blvd
Apt 3106
Hurst, TX 76053


Dickerson, Cody
1980 E State Highway 121
Apt 5306
Lewisville, TX 75056


Duron, Bryan
1545 Briarcliff Road
Dallas, TX 75235


Dykes, Joshua
1143 HIdden Ridge
Apt 2149
Irving, TX 75038


Emert, Jessica
2400 Stockbridge Road 2213
Denton, TX 76208


Epperson, Sierra
605 East Lamar Boulevard 212
Arlington, TX 76011

Evers, Lyle
929 Marist Drive
Fort Worth, TX 76120


Garcia Vega, Jennifer
2821 Cactus
Irving, TX 75060


Gonzales, Alvaro
1606 West Shady Grove Road
Irving, TX 75060


Gonzales, Raeven
13715 Noel Road
Dallas, TX 75240


Grant, Diane
7440 La Sobrina Dr
Dallas, TX 75248


Harrison, Helena
909 East Mitchell Street
Arlington, TX 76010


Humphreys, Sheyenne
815 West Abram Street
Arlington, TX 76013


Jauregui, Andrew
101 E Glade Rd
Grapevine, TX 76051


Jones, Lamarcus
4417 Ashbury Ln
Mansfield, TX 76063


Kimsey, Micah
1744 East Northgate Drive
Apt 2087
Irving, TX 75062

Kinkade, Brian
1307 Monaco Dr
Lewisville, TX 75067


Laningham, Stuart
2221 Burgundy Dr
Carrollton, TX 75006


Lewis, Ronnie
1830 Berkley Ave
Dallas, TX 75224


Love, Aaron
11700 Luna Rd
Dallas, TX 75234


Mangin, Erin
404 W Pleasantview Dr
Hurst, TX 76054


Mendez, Brandon
1555 Nottingham Drive
Apt 12203
Denton, TX 76209


Miller, Christian
7923 Odell St
North Richland Hills, TX 76182


Montgomery, Campbell
3200 N Britain road
Irving, TX 75062


Morante, Sonia
5525 Las Colinas Boulevard
3045
Irving, TX 75039


Moume, Lemmi

1622 Centenary Dr
Richardson, TX 75081


Olivarez, Christian
4701 Cedar Springs Rd
Apt 103
Dallas, TX 75219


Olvera, Jarelyn
5902 Preston Oaks Rd
Apt 2094
Dallas, TX 75254


Ortiz, Dennis
516 West Oak Street 2
Denton, TX 76201


Ortiz, Jose
2006 North O'Connor Road
Irving, TX 75061


Palmer, Mason
2701 N Grapevine Mills Blvd
Apt 412
Grapevine, TX 76051


Paris, Erin
5315 Carnaby Street 241
Irving, TX 75038


Parish, Jimmie
1001 Lake Carolyn Parkway
Apt 520
Irving, TX 75039


Pedroza Aleman, Kevin
9200 Martin Dr
North Richland Hills, TX 76182


Phillips, Gabriel
1610 Hawthorne Drive

Arlington, TX 76012


Pickens, Jasmine
4204 W Northgate DR
Apt 205
Irving, TX 75062


Ponikiewski, Trevor
3818 Rainier St
Irving, TX 75062


Potter, Dilan
141 Single Tree Road
Decatur, TX 76234


Pugh, John
119 Geneva Ln
McHenry, IL 60051


Sanchez, Adrian
2021 Cherokee Trail
Irving, TX 75060


Stitt, Raven Lilith
1717 E Belt Line Rd
Apt 416
Coppell, TX 75019


Viveros, Melanie
3508 Creek View Drive
Dallas, TX 75233


White, Kaiden
2707 Knoll Ct
Lewisville, TX 75077