BTXN 050 (rev. 07/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Tres Peliculas, LLC<br><br>320 W. Las Colinas Blvd.<br>Bldg.2<br>Irving, TX 75039<br><br>  Debtor(s) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 24–41977–mxm7<br>Chapter No.: 7 |

# NOTICE OF FILING OF PROOF OF CLAIM

In accordance with Bankruptcy Rule 3004, notice is hereby given that on 06/25/2024 a Proof of Claim was filed by the trustee on behalf of Michael Bone in the total amount of $1617.10.

A Proof of Claim filed by a creditor pursuant to Bankruptcy Rule 3002(c) or Rule 3003(c) shall supersede the claim that has been filed on your behalf.

To file a Proof of Claim, please visit www.txnb.uscourts.gov. Should you have any questions regarding this matter, please contact our Help Desk at (800) 442–6850.

DATED: 6/27/24

FOR THE COURT:
Kevin McNatt, Clerk of Court

by: /s/Sheniqua Whitaker, Deputy Clerk